# Exhibit A

**From:** **Kellar, Margaret** kellarm@hsd.k12.or.us
**Subject:** Re: HP approved curriculum, etc
**Date:** December 15, 2025 at 12:08 PM
**To:** Tessa Moss misstessamoss@gmail.com

MK

Hi Tessa! Here is the link that shows the already approved curriculum:

https://docs.google.com/spreadsheets/d/1IThMvmlk6Thalo36UDsOOXbT-MgD19OXxOwKLhf418k/edit?usp=sharing

Yes, we have reimbursed for tutoring and outdoor school programs. As long as they are not faith-based, they should be fine.


**Margaret Kellar**
TOSA Homeschool Partnership

503-844-1050 ex. 64613
Google Voice 971-205-2130

kellarm@hsd.k12.or.us
hillonline.hsd.k12.or.us

Groner Elementary School
23405 SW Scholls Ferry Rd




HOMESCHOOL PARTNERSHIP
WITH THE HILLSBORO SCHOOL DISTRICT

*Click here for information about Homeschool Partnership!*

---

**From:** Tessa Moss <misstessamoss@gmail.com>
**Sent:** Sunday, December 14, 2025 11:07 AM
**To:** Kellar, Margaret <kellarm@hsd.k12.or.us>
**Subject:** Re: HP approved curriculum, etc

**This is from a non-HSD account:** Do not open attachments or links unless it is expected, and you are sure it is safe.

Hi Margaret,

I'm in the process of writing up justification for curriculum and activities for reimbursement. I was trying to look through previous emails cause I know we talked about it. I Remember you showed us a list of items that have already been approved and I was just wondering if you could point me in that directions so I can see what's already been approved and what they said to get that justification approved. Sorry, I have new born baby brain. :) Thank you so much for any help that you can provide.

Also does the reimbursement fund tutoring activities? It would just be nice to get a little extra help since I have so many little kids. I don't feel comfortable with my kids doing the in person homeschooling days, so it would be something to emulate that in a way that makes sense for our family needs. I've also been looking into an outdoor/socializing community would that be covered under reimbursement, something like Willow Creek outdoor school?

Best,
Tessa

On Sat, Aug 2, 2025 at 9:53 AM Kellar, Margaret <kellarm@hsd.k12.or.us> wrote:

> Hi Tessa! As long as we still have room in the program, we will have one more Summer virtual info session on Aug 21. If we meet our cap before then, we will likely cancel it and start looking at orientation to answer all of your questions. I will be sure to let everyone know either way.
>
> Yes, our families frequently purchase school items from Amazon. You will want to wait until items have shipped before you submit the invoices, but you will need to upload a PDF as screen shots will not be accepted by the Business Office.
>
> As long as you can justify an education purpose on your Learning Plan for Skylight, we will reimburse for it.
>
> I am not aware of a secular cursive curriculum similar to Abeka, but if you learn of one, let me know and I can add it to the list to recommend to others.

**Margaret Kellar**
TOSA Homeschool Partnership

503-844-1050

kellarm@hsd.k12.or.us
hillonline.hsd.k12.or.us

Groner Elementary School
23405 SW Schools Ferry Rd




*Click here for information about Homeschool Partnership!*

---

**From:** Tessa Moss <misstessamoss@gmail.com>
**Sent:** Tuesday, July 29, 2025 1:44 PM
**To:** Kellar, Margaret <kellarm@hsd.k12.or.us>
**Subject:** Re: HP approved curriculum, etc

**This is from a non-HSD account:** Do not open any links unless you are expecting this message and have verified that it is safe.

---

Hi Margaret,

Sorry, I didn't get to the email in time to make the info session. Will there be another one before orientation. Most of my questions are on the reimbursement process and requirements, I just couldn't find any information of the process.

I was going to start an excel doc with all my expenditures for the school year: curriculum, extra curricular, supplies, etc. Sometimes I buy supplies from Amazon, do I screen shot the invoice? I guess that question goes for most of the stuff I buy which is via online.

Someone also said the "skylight" calendar/chores/tasks/rewards/meal planning device that helps with school organization and promote healthy habits for the kids is reimbursable, is that true? (If so that's so awesome and helpful!)

Once last question for this email :), I previously used the Abeka cursive curriculum because I couldn't find anything even comparably close to it in terms of ease of use; ie. With the house guide. Do you know of any approved curriculum that would be comparable?

Thanks in advance, I really appreciate it. I just want to make sure I get you the right information.

Thank you,
Tessa Bulzan

> On Jul 17, 2025, at 9:32 AM, Kellar, Margaret <kellarm@hsd.k12.or.us> wrote:
>
> Hi Tessa!  You can use any curriculum, but it just needs to be non-religious to qualify for reimbursement.  If you are wondering about a specific curriculum or are unsure if it is religious, let me know and I can help.
>
> If you have not yet attended a virtual information session, we have one tonight at 6:00 that may answer some of your other questions.  Here is the link, we'd love to meet you!
>
> Meet
> **Google Meet joining info**
> https://meet.google.com/cjt-ftvg-knt
> Or dial: +1 774-343-1384 PIN: 402 192 718#
> More phone numbers
>
> First time using Meet? **Learn more**

First time using Meet? Learn more

<Outlook-py1jcvsq.png>
*Click here for information about Homeschool Partnership!*

---

**From:** Tessa Moss <misstessamoss@gmail.com>
**Sent:** Thursday, July 10, 2025 10:28 AM
**To:** Kellar, Margaret <kellarm@hsd.k12.or.us>
**Subject:** HP approved curriculum, etc

You don't often get email from misstessamoss@gmail.com. Learn why this is important

**This is from a non-HSD account:** Do not open any links unless you are expecting this message and have verified that it is safe.

---

Hello Ms. Margaret Kellar,

My kiddos just joined the Hillsboro HP program: Melania and Ari Bulzan. HORAHHH!!

May you please provide me with the approved curriculum list for 2025-26 school year.

This is my first year, is there any thing else you can send me to make sure I'm in line with what's approved, i.e. extra curricular activities, sports, tutoring, co-ops, etc.

Thank you so much,
Tessa Bulzan